THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL J. WEISS, Appellant.

Argued April 6, 1939; decided April 21, 1939.

*Terence J. McManus, Hugo I. Epstein, Joseph Siegel* and *Solomon E. Star* for appellant.

*Thomas E. Dewey, District Attorney (Victor J. Herwitz, Stanley H. Fuld* and *Arnold Bauman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.